■ WILLIAM F. ACHTZIGER, Respondent, v KIMBERLY N. BALUS et al., Respondents, and HAULING FREIGHT LINES, INC., Appellant. [831 NYS2d 90]—Appeal from an order of the Supreme Court, Erie County (John F. O'Donnell, J.), entered November 28, 2005. The order, among other things, denied the motion of defendant Hauling Freight Lines, Inc. for a protective order or, in the alternative, for summary judgment dismissing the amended complaint and cross claims against it.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Gorski, Centra, Green and Pine, JJ.